IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY RAFAEL SALAS SUAREZ,**        )<br>                                                                  )<br>                              **Plaintiff**,           )<br>                                                                  )<br>          v.                                                      )<br>                                                                  )<br>**ALICIA GORMAN, et al.,**                      )<br>                                                                  )<br>                              **Defendants.**      )<br>_____) | 1: 12-cv-711 AWI BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING COMPLAINT WITH LEAVE TO AMEND<br><br>(Doc. No. 3) |

    On April 30, 2012, Plaintiff filed this lawsuit and applied to proceed in forma pauperis. On June 5, 2012, the Magistrate Judge granted Plaintiff's motion to proceed in forma pauperis and issued a Findings and Recommendation ("F&R").  See Doc. No. 3.  The F&R found that Plaintiff's complaint fails to state a cognizable claim and recommended dismissal of the complaint with leave to amend.  See id.  Plaintiff was given 30 days to file any objections to the F&R.  Plaintiff has not filed objections.

    Having reviewed the F&R consistent with 28 U.S.C. § 636, the Court finds that the F&R is supported by the record and proper analysis.  The Court will adopt the F&R and dismiss Plaintiff's complaint with leave to amend.

    Accordingly, IT IS HEREBY ORDERED that:

1. The June 5, 2012 Findings and Recommendation (Doc. No. 3) is ADOPTED IN FULL;

2. Plaintiff's complaint is DISMISSED without prejudice to amendment;

3. Plaintiff may file an amended complaint that is consistent with the analysis of the Findings and Recommendation within fourteen (14) days of service of this order; and

4. If Plaintiff fails to file an amended complaint within (14) days of service of this order, leave to amend will be withdrawn and this case will be closed without further notice.

IT IS SO ORDERED.

Dated:   July 31, 2012

                                                     CHIEF UNITED STATES DISTRICT JUDGE