# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RAFAEL SALAS SUAREZ, | CASE NO. 1: 12-cv-00711-AWI-BAM |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| ALICIA GORMAN, MICHAEL ANDRADE and COMMISSIONER RALPH COOK, | |
| Defendants. | |

Plaintiff Tony Suarez, an individual proceeding pro se and in forma pauperis, filed this action on April 30, 2012, and alleges violations of his Fifth Amendment rights. (Doc. 1.)

On June 5, 2012, the Magistrate Judge issued a Findings and Recommendation ("F&R") that recommended dismissing Plaintiff's Complaint with leave to amend for failure to state a claim. (Doc. 3.) On August 1, 2012, the undersigned adopted the F&R in full. (Doc. 4.) The August 1, 2012 Order was served on the parties, and provided notice to Plaintiff that an amended complaint was required to be filed no later than August 15, 2012. (Doc. 4.) The August 1, 2012 Order further cautioned Plaintiff that failure to file an amended complaint by August 15, 2012 would result in Plaintiff's case being closed without further notice.

As of September 27, 2012, Plaintiff has not filed an amended complaint. Due to Plaintiff's failure to file an amended complaint as required by the August 1, 2012 Order, the Court will close this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's claims are dismissed WITH PREJUDICE; and
2. The Clerk is instructed to CLOSE this case.

IT IS SO ORDERED.

Dated:   September 27, 2012

CHIEF UNITED STATES DISTRICT JUDGE